**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**KANE ALLEN GOTT, JR.**                                                                          **PLAINTIFF**

**V.**                                      **CASE NO. 3:25-CV-3026**

**COURTNEY TILTON
(LPN, Boone County Detention Center);
and TAMMY LANGLEY
(LPN, Boone County Detention Center)**                                          **DEFENDANTS**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 40) filed in this case on March 16, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 6th day of April, 2026.

                                                            */s/ Timothy L. Brooks*
                                                            TIMOTHY L. BROOKS
                                                            CHIEF UNITED STATES DISTRICT JUDGE